**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERRY RICHARDSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-5143** |
| | : | |
| **CSL PLASMA,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 19th day of March, 2026, upon consideration of Plaintiff Terry

Richardson's *pro se* Amended Complaint (ECF No. 9) it is **ORDERED** that:

1.      The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons

in the Court's Memorandum.

2.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**


**/s/ Hon. Kelley B. Hodge**

**KELLEY BRISBON HODGE, J.**